# MINUTE ORDER

Page 4

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor        Date: 01/21/25    Time: 2:00 p.m.

Defendant: 1. Lucas Sedeno Rodriguez    J#: 70069-004   Case #: 25-MJ-02122-LOUIS

AUSA: Andres Chinchilla    Attorney: Alexandra Hoffman-AFPD

Violation: Transporting, moving or attempting to transport or move an alien within the United States    Surr/Arrest Date: 01/18/2025    YOB: 1972

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:

Bond Set at: STIP - Pretrial Detention with the rights to revisit    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs    Language: Spanish
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Disposition:
- Deft. advised of rights and charges; Deft. sworn.
- ☒ Ore tenus Motion for Court Appointed Counsel - Granted - AFPD is appointed.
- Gov't seeks PTD, serious risk of flight
- Defense stipulated to PTD with the rights to revisit

Brady Order Given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal: 2-4-25  10:00 am  Duty Magistrate Judge
Status Conference RE:
D.A.R. 15:26:03 / 16:10:40    Time in Court: 11 Minutes

s/Lauren F. Louis    Magistrate Judge